# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

San Jose Venue

**FILED**

MAY 1 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Report on Offender Under Supervision**

Name of Offender: Lucy Veronica Peralta            Docket No.: CR 06-00019-01

Name of Sentencing Judge: Robert E. Coyle
United States District Judge

Date of Original Sentence: February 1, 2001

Original Offense: Importation of Cocaine, 21 U.S.C. § 952 and 960, a Class B felony

Original Sentence: 60 months custody, 4 years supervised release
Special Conditions: Drug/alcohol treatment; access to financial information; register as a drug offender pursuant to state law; search; random urinalysis testing

Prior Form(s) 12: On July 26, 2004, a Petition was filed in the Eastern District of California alleging Use of a Controlled Substance. On August 16, 2004, the offender admitted the allegations, and the Court ordered the offender placed at Turning Point Comprehensive Sanction Center for 120 days.

On October 14, 2004, a second Petition for a Warrant was filed in the Eastern District of California, resulting from the offender's failure to complete the 120 day term at Turning Point. On February 14, 2005, the offender's supervised was revoked and she was sentenced to eight (8) months imprisonment with 24 months of supervised release to follow.

On December 28, 2005, jurisdiction was transferred to the Northern District of California, following the offender's relocation to San Jose.

Type of Supervision: Supervised Release        Date Supervision Commenced: September 4, 2005
Assistant U.S. Attorney: Unassigned                      Defense Counsel: Unassigned

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number eight, which states that the defendant shall not purchase, possess, use, distribute or administer any controlled substance. |

NDC-SUPV-FORM 12A 03/23/05

Lucy Veronica Peralta  Page 2
CR 06-00019-01

On April 20, 2006, the offender reported to the U.S. Probation Office at my direction. She submitted urine specimen A00196585, which proved positive for amphetamines.

When questioned about the positive test results, the offender admitted use of methamphetamine earlier in the week. She explained that she found the methamphetamine amongst her things in storage, when she was moving from her residence. She insisted this was an isolated incident.

The urine specimen was forwarded to Scientific Testing Laboratories for confirmation. Confirmation for the presence of methamphetamine in the urine sample was received on April 27, 2006.

The Assistant U.S. Attorney has been notified and there are no objections.

**Action Taken and Reason**

Following the above noted violation, I referred the offender to outpatient drug counseling and continued drug testing through Weyland Consultation Services. The offender has also been instructed to attended Narcotics Anonymous meeting three times per week, and report to U.S. Probation on a weekly basis. A urine sample tested on April 26, 2006, yielded negative results.

Address of offender:   2360 Lendrum
San Jose, CA 95116

Respectfully submitted,

_____
Sonia Lapizco
U.S. Probation Officer

Reviewed by:

_____
Susan Portillo
Supervisory U.S. Probation Officer

Date Signed: May 1, 2006

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

5/10/06
_____
Date

_____
Jeremy Fogel
United States District Court Judge

NDC-SUPV-FORM 12A 03/23/05